**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES,

    Plaintiff,

v.                                                        Case No.    11-20129

VINCENT JOHN WITORT (D-8),

    Defendant.
_____/

**OPINION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

Before the court is a "Motion to Dismiss, or, in the Alternative, for Revocation of Order of Detention" filed by Defendant Vincent John Witort. The Government opposes the motion, and the court conducted a hearing on the matter on April 11, 2014. After hearing argument and receiving testimony, the court found no 5th or 6th Amendment violations resulting from Defendant's pretrial detention, nor did the court find that release on bond is appropriate. For the reasons stated fully on the record,

IT IS ORDERED that the motion to dismiss [Dkt. ## 717 & 718] is DENIED.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: April 21, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 21, 2014, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522